23 So.2d 885

**Vesker Lee MIMS, alias Boswell v. STATE.**
**5 Div. 217.**

Court of Appeals of Alabama.
Nov. 27, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

26 So.2d 924

**Harvey MINCEY v. STATE.**
**4 Div. 965.**

Court of Appeals of Alabama.
May 21, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 146

**Eugene MORGAN v. STATE.**
**6 Div. 202.**

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 146

**L. C. MORGAN v. STATE.**
**4 Div. 876.**

Court of Appeals of Alabama.
May 8, 1945.

Roy L. Smith, of Phenix City, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 146

**M. L. (alias Coleman) MORGAN v. STATE.**
**7 Div. 814.**

Court of Appeals of Alabama.
June 5, 1945.

H. H. Evans, of Anniston, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 146

**Ben MURPHY v. STATE.**
**6 Div. 186.**

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.